**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**623-939-6546**

JOSEPH W. CHARLES, #003038
Attorneys for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| LOUIS W. BUZZATTO, JR., | ) | Case No. 2:07-bk-06184-SSC |
| | ) | |
| Debtors, | ) | RESPONSE TO TRUSTEE'S |
| | ) | MOTION TO DISMISS and |
| | ) | MOTION TO EXTEND |
| | ) | DEADLINE TO COMPLY |
| | ) | WITH TRUSTEE |
| | ) | RECOMMENDATIONS |
| | ) | |

COMES NOW, the Debtors, by and through counsel undersigned, and hereby Motion this Court for an extension of the deadline to March 1, 2010 in order to comply with the Trustee's Recommendations.

The Trustee Recommendations state the Debtor is delinquent in their plan payments. Debtors dispute that he is aware of any delinquency as his payments are submitted through payroll deduction and that such payments have been deducted from his payroll. Debtors will

1

need additional time to investigate those payments withheld from his payroll, but potentially not submitted to the Trustee as the Trustee's Recommendations make no reference to specific payments which they did not receive.

Debtors believe that they fully can comply with the Trustee Recommendations within that time period.

DONE IN OPEN COURT, this 11th day of February, 2010

JOSEPH W. CHARLES, P.C.

*/s/ Joseph W. Charles*
Joseph W. Charles
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this
11th day of February, 2010 to:

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064
Chapter 13 Trustee


  /s/  S. Borek